

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

No. 08-26-00049-CR

Aidan Hunt, Appellant

v.

The State of Texas, Appellee

On Appeal from the 403rd District Court
Travis County, Texas
Trial Court No. D-1-DC-25-400263

## MEMORANDUM OPINION

Appellant, Aidan Hunt, has filed a motion to dismiss his appeal pursuant to Rule 42.2 of the Texas Rules of Appellate Procedure. Finding that Appellant's motion complies with the requirements of Rule 42.2(a), we grant the motion and dismiss the appeal. Tex. R. App. P. 42.2(a).


MARIA SALAS MENDOZA, Chief Justice

February 25, 2026

Before Salas Mendoza, C.J., Palafox and Soto, JJ.

(Do Not Publish)